JAMES C. DOBBS, DEFENDANT IN ERROR, v. WEST JERSEY AND SEASHORE RAILROAD COMPANY, PLAINTIFF IN ERROR.

Submitted March 21, 1910—Decided June 20, 1910.

On error to Supreme Court, whose opinion is reported in 49 *Vroom* 101.

For the plaintiff in error, *Gaskill & Gaskill.*

For the defendant in error, *Wilson & Carr.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons stated in the opinion delivered by Mr. Justice Reed in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, SWAYZE, PARKER, BERGEN, VOORHEES, BOGERT, VREDENBURGH, VROOM, GRAY, DILL, CONGDON, JJ.   13.

*For reversal*—None.